_11092309_
_$16,216.22_
_8/26/11_

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office,
based on where the case is venued)*

Re: (Case Name) _Gary Michael Reulecut_ /Case # _99 - 17140_
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ _16,216.22_ . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

_____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant _Sm Card_ Amount $ _1262.89_ Claims Register # _1_

Claimant _Mid Coast_ Amount $ _1265.38_ Claims Register # _2_

Claimant _ASCI_ Amount $ _389.00_ Claims Register # _4_

Claimant _ART Acts_ Amount $ _6477.86_ Claims Register # _5_

Trustee Name



F I L E D
AUG 2 6 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

_OVER_

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office,
based on where the case is venued)*

Re:    (Case Name)_____ /Case #_____
        Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $_____. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

_____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant _ASCI_____ Amount $218.45 Claims Register # 4I

Claimant _AT&T Auto_____ Amount $3637.73 Claims Register # 5I

Claimant _GE CAF_____ Amount $115.12 Claims Register # 6I

Claimant _NF Cudt Bun____ Amount $33.69 Claims Register # 10I

_____
Trustee Name

OVER

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office,
based on where the case is venued)*

Re:     (Case Name)_____ /Case # _____
          Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $_____. I request that
the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed
below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been
unable to locate the claimant(s), **or**

_____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor
and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant ___GECAF___ Amount $ ___205.00___ Claims Register # ___6___

Claimant ___NF Credit Bureau___ Amount $ ___60.00___ Claims Register # ___10___

Claimant ___Gm Card___ Amount $ __1274.30__ Claims Register # ___1 I___

Claimant ___MidCoast Credit___ Amount $ __1276.80__ Claims Register # ___2 I___

Total

$16 216.22

_____
Trustee Name